## THE WEST HAVEN LUMBER COMPANY *v.* SENTRY CONSTRUCTION CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 465 (AC 29609), is denied.

*Lawrence G. Rosenthal* and *Christopher E. H. Sanetti,* in support of the petition.

Decided December 9, 2009

## STATE OF CONNECTICUT *v.* BRENDA J. LARSEN

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 202 (AC 29833), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Martha Hansen,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided December 9, 2009